IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 19-541 |
| HECTOR SOTO, | |
| Defendant. | |

### ORDER

**AND NOW**, this 29th day of November 2023, upon consideration of Defendant's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 72), the Government's Response in Opposition (Doc. No. 76), and Defendant's Reply (Doc. No. 80), it is **ORDERED** that the Motion to Vacate, Set Aside, or Correct Defendant's Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 72) is **DENIED.** A certificate of appealability will not issue in this case because Defendant has failed to make a substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ Joel H. Slomsky_
JOEL H. SLOMSKY, J.